IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) No. _____ |
| v. | ) |
| JOHN DOE subscriber assigned IP address 67.52.243.131, | ) |
| Defendant. | ) |

### NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

        Respectfully submitted,

        SCHULZ LAW, P.C.

By:  /s/ *Mary K. Schulz*
      Mary K. Schulz, Esq.
      1144 E. State Street, Suite A260
      Geneva, Il 60134
      Tel:  (224) 535-9510
      Fax:  (224) 535-9501
      Email:  schulzlaw@me.com
      *Attorneys for Plaintiff*

1