✎ AO 121 (6/90)

TO:
**Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559**

**REPORT ON THE
FILING OR DETERMINATION OF AN
ACTION OR APPEAL
REGARDING A COPYRIGHT**

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
| --- | --- |
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
| --- | --- |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
| --- | --- |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED ☐ Yes ☐ No | DATE RENDERED |
| --- | --- | --- |

| CLERK | (BY) DEPUTY CLERK | DATE |
| --- | --- | --- |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Case 2:14-cv-00932-LA   Filed 08/05/14   Page 1 of 3   Document 6

**Copyrights-In-Suit for IP Address 67.52.243.131**

**ISP:** Time Warner Cable
**Location:** Milwaukee, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 12/29/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 12/29/2013 |
| Clean and Wet | PA0001860955 | 07/29/2013 | 08/28/2013 | 12/29/2013 |
| Czech Beauties | PA0001859654 | 07/19/2013 | 08/01/2013 | 10/16/2013 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 06/28/2014 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/29/2013 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 02/26/2014 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 02/26/2014 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 12/29/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/26/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/30/2014 |
| Love at First Sight | PA0001872756 | 12/14/2013 | 12/15/2013 | 03/30/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 02/26/2014 |
| Newlyweds | PA0001859662 | 07/04/2013 | 07/26/2013 | 10/16/2013 |
| Remembering Strawberry Wine | PA0001885184 | 03/11/2014 | 03/24/2014 | 03/30/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 02/26/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/29/2013 |
| Spontaneous | PA0001860977 | 08/22/2013 | 09/10/2013 | 10/27/2013 |
| The Best Blondes | PA0001865816 | 10/09/2013 | 10/11/2013 | 12/29/2013 |
| The Spanish Garden | PA0001791352 | 07/15/2011 | 05/25/2012 | 10/27/2013 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 10/26/2013 |

EXHIBIT B

EWI68

Case 2:14-cv-00932-LA Filed 08/04/14 Page 2 of 3 Document 16

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 12/29/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 22**

EXHIBIT B

EWI68

Case 2:14-cv-00932-LA Filed 08/05/14 Page 23 of 23 Document 1-2