

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

    Plaintiff,

vs.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 67.52.234.131,

    Defendant

Case No.: 2:14-cv-00932-LA

JOHN DOE'S MOTION TO PROCEED ANONYMOUSLY

"John Doe"[1] (IP Address 67.52.234.131) ("Doe Defendant"), hereby moves to proceed anonymously.

## I. BACKGROUND

Doe Defendant's previous motion to dismiss pursuant to Fed. R. Civ. P. 11(B)(1) or modify subpoena or enter a protective order was denied. In the ruling, the court indicated proceeding anonymously "has been permitted in past similar litigation" (Case No. # 2:14-cv-00932-LA Doc 10 p.6).

Plaintiff in response to defendant's motion to dismiss (Case No. # 2:14-cv-00932-LA Doc 9 p.10) has stated it will "never oppose a defendant's motion or request to proceed anonymously." Plaintiff's response continues that this is its standard operating procedure in all individual suits.

## II. CONCLUSION

Due to the nature of the Plaintiff's business, while legal, is not something which I want to be associated with. Given the above, the motion to proceed anonymously should be granted.

Respectfully Submitted,

John Doe Subscriber Assigned
IP Address 67.52.234.131

_____

[1] John Doe is making a special, limited appearance only; this motion is not to be construed as a general appearance by John Doe. John Doe has not been subject to service of process in this action and does not intend to waive service of process.

JOHN DOE'S MOTION TO PROCEED ANONYMOUSLY - 1