## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN

MALIBU MEDIA, LLC,

                Plaintiff,

      v.                         Civil Action No. 2:14-cv-00932-LA

JOHN DOE, subscriber assigned IP address
67.52.243.131,

                Defendant.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 67.52.243.131. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 22, 2015

                                Respectfully submitted,

                                By:    /s/ *Mary K. Schulz*        
                                Mary K. Schulz
                                Media Litigation Firm, P.C.
                                1144 E. State Street, Suite A260
                                Geneva, IL 60134
                                Phone: 224-535-9510
                                Email: medialitigationfirm@gmail.com
                                *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: _/s/ *Mary K. Schulz*_____
Mary K. Schulz